# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| JULIE BURROUGHS, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   CIVIL ACTION NO. 5:23-CV-102-RWS |
| | § |
| GRANT GARRISON, MAVERICK TRUCKING, LLC, JASON GUERRERO, and ORBITZ SERVICE & SUPPLIES, LLC, | § |
| | § |
| Defendants. | § |

## ORDER

Before the Court is Plaintiff Julie Burrough's Notice of Voluntary Dismissal. Docket No. 3. Plaintiff seeks to dismiss the above-captioned lawsuit against Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a). *Id.* The Court, having reviewed the notice, finds that it should be **GRANTED**. Accordingly, it is

**ORDERED** that Plaintiff's Notice of Voluntary Dismissal (Docket No. 3) is accepted by the Court and that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**. Costs of suit shall be taxed to the party incurring the same. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 8th day of January, 2024.**

*[Signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE